No. 3821.—Pueblo, apldo., *v.* Cabán Ríos, aplte.—C. D. San Juan. Dic. 19, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Apeló el acusado en este caso de una sentencia condenándole por haber dado muerte a un niño negligentemente mientras guiaba un automóvil en una calle de Bayamón, P. R. Consisten los fundamentos de la moción de nuevo juicio de cuya denegación apeló el acusado en (*a*) el descubrimiento de nuevas pruebas y (*b*) en haber sido traicionado por sus testigos Urbano Natal y Víctor Montalvo, de los cuales el primero concurrió a la corte y su declaración fué adversa al acusado, cuando anteriormente y en presencia del defensor del acusado había dado otra declaración completamente distinta favorable a la defensa; el segundo ni siquiera asistió a la corte, habiéndose encontrado el peticionario completamente huérfano de defensa por la defección de sus testigos. Dice el Tribunal Supremo resolviendo el recurso:

" . . . . . Por cuanto, el acusado anunció que estaba listo para entrar en juicio al principio del mismo, y en ningún momento se quejó de la ausencia del testigo Víctor Montalvo, ni trató de conseguir su asistencia ni intentó de manera alguna impugnar el crédito del otro testigo Urbano Natal por la declaración del policía Felipe Sanabria, que compareció como testigo de la defensa, o por el testimonio del acusado, quien también declaró como testigo en su propia defensa;

Por cuanto, no consta ni en la moción sobre nuevo juicio ni en las declaraciones juradas acompañadas a la misma cuáles fueron las diligencias practicadas por el acusado para descubrir las nuevas pruebas en cuestión, ni que se hubiera desplegado actividad alguna con tal fin, sino que por contrario dicho acusado confiaba más bien en lo que iban a declarar

sus dos testigos Natal y Montalvo, creyendo que no había necesidad alguna de buscar otros,

Por tanto, se confirma la sentencia apelada."